IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:12CR097 |
| vs. | : | U.S. Magistrate Judge Sharon Ovington |
| SAMANTHA MOHNEY | : | |
| Defendant, | : | |

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Mohney, and for good cause shown, Defendant Mohney is placed on probation for a period of one (1) year pursuant to 21 U.S.C. § 844(a) on Count 1. The Court finds that Defendant Mohney has not been convicted of violating a federal or state law relating to controlled substances, nor has she been previously subject to disposition under this section.

The Court places Defendant Mohney on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Conditions that Defendant Mohney: 1) participate in a substance abuse assessment/treatment, either inpatient or outpatient, to include drug testing, at the direction of the probation officer; and 2) The defendant shall not consume alcohol until she has attained the age of 21. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Mohney's completion of the probationary period.

                                                        s/Sharon L. Ovington
                                                           Sharon Ovington
                                              United States Magistrate Judge